The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>            Plaintiff,<br><br>  v.<br><br>KENNETH A. COUCH aka KEN A. COUCH and VALINDA COUCH aka VALINDA LEA COUCH, husband and wife; DOES 1-10; and ALL OTHER PERSONS, PARTIES, OR OCCUPANTS UNKNOWN CLAIMING ANY LEGAL RIGHT, TITLE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>            Defendants. | Case No.: 16-CV-01501-RSM<br><br>**DEFAULT JUDGMENT AGAINST ALL DEFENDANTS** |

It appearing from the records in the above-entitled action that default was entered pursuant to LCR 55(a) against Kenneth A. Couch aka Ken A. Couch; Valinda Couch aka Valinda Lea Couch; Does 1-10; and all other persons, parties, or occupants unknown claiming any legal right, title, lien or interest in the property described in the complaint herein (collectively, "Defendants"); and, it appearing from the Declaration of Plaintiff in support of Motion for Default Judgment and the records herein that Plaintiff has established its entitlement to the non-monetary relief sought.

//

//

JUDGMENT ON DEFAULT
(16-CV-01501-RSM) – Page 1

Wright, Finlay & Zak, LLP
3600 15th Avenue W. Suite 200
Seattle, WA 98119
(206) 691-8663

Now, therefore, on request of counsel for Plaintiff, the Default Judgment against Defendants is hereby adjudged and entered as follows:

1. It is hereby declared that the terms and conditions of the Note and Deed of Trust of the subject loan were not reformed by the February 21, 2014 Trial Period Plan under the Bank of America Loan Modification Program ("BANA Loan Modification Letter"); and, that the original terms of the Note and Deed of Trust remain enforceable.
2. It is hereby declared that the BANA Loan Modification Letter is deemed rescinded and is and was of no force and effect.
3. It is hereby declared that Plaintiff and Defendants are restored to their respective legal position with respect to the Note and Deed of Trust as of the time just prior to the BANA Loan Modification Letter.
4. It is hereby declared that Defendants are required to tender monthly installment payments in accordance with the original terms of the Note and Deed of Trust.

DATED: August 1, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WRIGHT, FINLAY & ZAK, LLP

/s/ Laura N. Coughlin
Laura N. Coughlin, WSBA# 46124
*Attorney for Plaintiff*

JUDGMENT ON DEFAULT
(16-CV-01501-RSM) – Page 2

Wright, Finlay & Zak, LLP
3600 15th Avenue W. Suite 200
Seattle, WA 98119
(206) 691-8663